UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 11 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Gary A. Smith JR

#3595920

_Gary A. Smith Jr._

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

**CIVIL ACTION NO.** 2:18-cv-00916
(Number to be assigned by Court)

State of West Virginia
and Kanawha county
circuit court

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____ No ✓

1

FILED
MAY 11 2018

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   _____

   Defendants: _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county);
   _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** South Central Regional

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ___

    C. If you answer is YES:

        1. What steps did you take? filled out grievance Kiosk to consubre Director of the Jail

        2. What was the result? Still waiting since 4th or 2st Friday in May

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Gary A. Smith JR   35915920

        Address: 1001 centre way chas. WV 25309

    B. Additional Plaintiff(s) and Address(es): ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: State of West Virginia

is employed as: Judge, lawyer, prosecutor

at Kanawha county circuit court

D. Additional defendants: Jennifer Bailey, Brian Blickenstaff Michelle Drummond

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Jennifer Bailey, the Judge for not Dissmissing after the 3rd continue after march 23 2018 Brian my lawyer for not asking for a dissmissal after April 6th and that michelle for not doing there Job all 3 of them It's my speedy trail right" this Been going on since Jan 9, 2018 6 times and June

4

11 2018 makes 7 times clearly violation of my 8th Amendment

IV. **Statement of Claim (continued):**

They know Better then this the state asked for all these continerous It's not fair to me or my kid's It's not my fault they can't find thay witness after 200 hundred some odd day's of Been locked-up

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Release me immedietly and pay me for flase Imprisonment Both my rights, civil Right's has Been valated & my 8th Amendment

V. **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII. **Counsel**

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No __✓__

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____
   _____

   If not, state your reasons: __Have No money__

   _____

   C. Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _May_ day of _07_ _____, 20_18_.


_____Harey Smith Jr_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 07, 2018_.
(Date)


_____Harey Smith Jr_____
Signature of Movant/Plaintiff


_____

Signature of Attorney
(if any)